FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 17  AM 8: 36

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TILDEN CREPPEL | CIVIL ACTION |
| VERSUS | NO:     05-0359 |
| PARKER DRILLING OFFSHORE USA, LLC | SECTION: "I" (4) |

## ORDER

Before this court is a **Motion to Compel Discovery and for Sanctions (doc. #18)** filed by the defendant Parker Drilling Offshore USA, LLC ("Parker") alleging that plaintiff Tilden Creppel's ("Creppel") failure to answer certain questions at his deposition on June 13, 2005 was without substantial justification or legal basis.

A hearing on this motion was scheduled for August 17, 2005. However, Parker, by letter dated August 15, advised the Court that the motion is moot as Creppel agreed to appear for a supplemental deposition on August 23, 2005 at 10:00 a.m. Further, Parker indicated that Creppel agreed to provide sworn answers or assert any privileges he may have for not answering the questions.

Accordingly,

**IT IS SO ORDERED THAT** the defendant Parker Drilling Offshore USA, LLC's Motion to Compel Discovery and Sanctions **(doc. #18)** is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 17th day of August 2005.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____